## SECOND DISTRICT.

Illinois National Underwriters Company, appellee, v. David D. Freeman et al., appellants. Gen. No. 9,258.

Opinion filed December 2, 1937.

J. N. Moore, for appellant. Baker, Niven & Crabtree, for appellee Neil Kerr; Stevens R. Baker, of counsel.

Mr. Presiding Justice Dove delivered the opinion of the court.

Paul A. Cushman, appellee, v. W. T. Pierce and Charles Norton, appellants. Gen. Nos. 9,222–9,223.

Opinion filed December 2, 1937.

James H. Andrews, Gregg A. Young and Harper Andrews, for appellants. Hardy, Hardy & Witherell, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

In re Alleged Insanity of Grace Wilbur, appellant. Gen. No. 9,234.

Opinion filed December 2, 1937.

Morris J. Hinchcliff and Edgar H. Wilson, for appellant. Smith & Menzimer, for appellees.

Mr. Justice Huffman delivered the opinion of the court.